1:96 CR 20

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2005

John Calvin Everett (31052-004)
FCI Marianna
PO BOX 7007
MARIANNA FL 32447-7007

**Appeal Number: 05-11801-F**
Case Style: In Re: John Calvin Everett
District Court Number:

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood /scw (404)335-6185

Encl.



05 APR 18 PM 1:42   FILED

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-11801-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 14 2005
THOMAS K. KAHN
CLERK

IN RE: JOHN CALVIN EVERETT,

Petitioner.

Application for Leave to File a Second or
Successive Motion to Vacate, Set Aside, or
Correct Sentence, 28 U.S.C. §§ 2255, 2244(b)(3)(A)

Before **BIRCH, HULL and PRYOR, Circuit Judges.**

BY THE PANEL:

Pursuant to 28 U.S.C. §§ 2255 and 2244(b)(3)(A), John Calvin Everett ("Everett") has filed an application seeking an order authorizing the district court to consider a second or successive motion to vacate, set aside, or correct his federal sentence, under 28 U.S.C. § 2255. Such authorization may be granted only if this Court certifies that the second or successive motion contains a claim involving:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255. "The court of appeals may authorize the filing of a second or successive application only if it determines that the application makes a prima facie showing that the application

satisfies the requirements of this subsection." 28 U.S.C. § 2244(b)(3)(C).

Everett indicates in his application that, in a successive § 2255 petition, he would first argue that at trial, the government failed to disclose that its witness had an agreement with the government to testify against Everett. Second, he contends that the trial court violated his rights under the Confrontation Clause by restricting his counsel from questioning the witness about the agreement. He contends that both of these claims rely upon newly discovered evidence of this agreement. Everett maintains that he did not obtain this evidence previously because the prosecutor suppressed the fact that the witness was a paid informant, and he explains that he discovered the information in about April of 2004.

Everett has failed to show that the evidence upon which he bases his claims "establish[es] by clear and convincing evidence that no reasonable factfinder would have found [] [him] guilty of the offense." See 28 U.S.C. § 2255; In re Dean, 341 F.3d 1247, 1248 (11th Cir. 2003)(requiring an application based up on newly discovered evidence to call into question the petitioner's guilt). He has not demonstrated that the newly discovered evidence of the agreement shows that he is innocent of the crime for which he was convicted, and it is not clear how the government's failure to disclose the existence of the agreement demonstrates that no reasonable factfinder would have found him guilty.

Everett has not, therefore, met the statutory criteria to show that his claim is premised on a new rule of constitutional law that the Supreme Court made retroactive on collateral review. See 28 U.S.C. § 2255. Thus, he has failed to make a prima facie showing of the existence of either of the grounds set forth in 28 U.S.C. § 2255. Accordingly, his application for leave to file a second or successive motion is DENIED.

William McCool
Clerk, U.S. District Court
U.S. Courthouse, 401 SE First Avenue
Gainesville FL 32601

April 14, 2005

**Appeal Number: 05-11801-F**
Case Style: In Re: John Calvin Everett
District Court Number:

TO:   John Calvin Everett (31052-004)

CC:   William McCool

CC:   R. Jerome Sanford

CC:   Gregory Robert Miller

CC:   Administrative File