IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

   Defendant.

_____/

**O R D E R**

Previously, in the order at doc. 441, the Court denied Doc. 439, Motion for Modification and Correction of Sentence Under 18 U.S.C. § 3582 (c)(1)(b).  The Court ruled that the motion was actually a successive petition under 28 U.S.C. § 2255 and that <u>Apprendi</u> does not apply retroactively on collateral attack.  In doc. 442, Mr. Everett filed a "Motion for Clarification" which does not actually ask the Court to clarify anything but really is another successive § 2255 petition attacking his sentence on <u>Apprendi</u> grounds.  Also, in doc. 447 he asks the Court to reconsider its order at doc. 441.  Nothing in the motion at 447 does more than merely restate Mr. Everett's original arguments.  The Court sees no justification to reconsider its previous ruling.  Accordingly, it is hereby

   **ORDERED AND ADJUDGED:**

The Motion for Clarification, doc. 442, and the Motion to Reconsider, doc. 447, are denied.

**DONE AND ORDERED** this   _4th_   day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge