IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 452, Motion for Reconsideration of Doc. 441, Order denying two previous motions to reconsider. Mr. Everett's current motion for reconsideration is yet another attempt to collaterally attack his sentence based on <u>Apprendi</u>. As the Court has stated in each of the previous orders, <u>Apprendi</u> does not apply retroactively on collateral review. <u>In re Dean</u>, 375 F.3d 1287 (11th Cir. 2004), citing <u>McCoy v. United States</u>, 266 F.3d 1245, 1256-58 (11th Cir. 2001) (holding that <u>Apprendi</u> is not retroactive to cases on collateral review). Accordingly, the motion for reconsideration (doc. 452) is denied.

**DONE AND ORDERED** this  *25th*  day of April, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge