IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 459 and Doc. 461, the latest in a series of motions to reconsider filed by John Calvin Everett. For the reasons given in the orders at docs. 456, 453, 451, 441, 432, 421, 418, and 413, the motions are denied.

**DONE AND ORDERED** this  *13th*  day of June, 2007

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge