IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.

_____/

## **O R D E R**

Mr. Everett filed a "Motion for Relief from a Void Judgment Pursuant to Fed. R. Civ. P. 60(b)(6) 'The Catch-All-Clause.'"   The motion seeks to reassert the claims that were raised and rejected in the orders at docs. 463, 456, 453, 451, 441, 432, 421, 418, and 413.  Accordingly, the motion is denied.

**DONE AND ORDERED** this  *12th*   day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge