IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.

_____/

## **O R D E R**

This case is before the Court on yet another series of motions (docs. 466, 467 and 469) that seek to reassert the claims that were raised and rejected in the orders at docs. 465, 463, 456, 453, 451, 441, 432, 421, 418, and 413. The motions are therefore denied. Additionally, the Clerk is directed to not accept for filing any further motions from Mr. Everett unless they allege imminent threat of serious physical harm.

**DONE AND ORDERED** this  *9th*   day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge