IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.    CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 478, Motion for Certificate of Appealability by John Calvin Everett and doc. 481, a motion to reconsider the order denying his motion to proceed in forma pauperis (doc. 477).  For the reasons given in the previous orders denying Mr. Everett's many previous collateral attacks on his conviction and sentence, the motions are denied.  Additionally, with regard to allowing Mr. Everett to pay the filing fee in monthly installments, such an approach would allow Mr. Everett an end run around the frivolousness check in Fed. R. App. P. 24(a)(4) and is not appropriate in this case.  Accordingly it is hereby

**ORDERED AND ADJUDGED:**

The motion for Certificate of Appealability (doc. 478) is denied, and the motion to reconsider (doc. 481) is denied.

**DONE AND ORDERED** this _2nd_ day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge