IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 501, Motion for reconsideration of the order denying his motion for reduction of sentence based on 18 U.S.C. § 3582(c)(2) and Amendments 706, 711 and 715 to the sentencing guidelines. As stated in the order at Doc. 498, the amount of drugs attributable to defendant is still well beyond the threshold for base offense level 38 to apply. Accordingly, he is not entitled to a reduction under 18 U.S.C. § 3582(c)(2) and the motion at Doc. 501 is denied.

**DONE AND ORDERED** this  _15th_  day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge