IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      CASE NO. 1:96-cr-00020-MP-AK

JOHN CALVIN EVERETT,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 540, Motion for Reconsideration and Objection to Court Order at Doc. 539. In that order, the Court denied Mr. Everett's Motion at Doc. 538. In that motion, Mr. Everett moved under Fed. R. Civ. P. 60(b)(6) for an order vacating the Court's previous denial of is § 2255 motion. In this latest motion he claims that the Court did not consider all of the claims in Doc. 304. In the order at Doc. 539, the Court noted that the claims raised by Mr. Everett were essentially Apprendi claims, which the Court explicitly addressed and rejected in the order adopting the Report and Recommendation.

Now, Mr. Everett claims that he was claiming that he was actually innocent of his sentence and that the Court did not construe his claim as one of "actual innocence." Simply put, Mr. Everett claims he is actually innocent of his sentence because the indictment did not charge him with a quantity of drugs. Thus, he could only be sentenced under 21 U.S.C. § 841(b)(1)(C), which does not contain a specific drug quantity requirement. As the Court has now stated many times, this is simply a recasting of an Apprendi claim, and Apprendi is not applicable retroactively on collateral attack. The Court has thus completely considered Mr. Everett's claims

-- whether simply called <u>Apprendi</u> claims or called claims of "actual innocence" -- and has rejected them.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for reconsideration, Doc. 540, is denied.

**DONE AND ORDERED** this  *28th*   day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge