IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES,

v.                                        CASE NO. 1:96-cr-00020-MP-GRJ-4

JOHN CALVIN EVERETT,

    Defendant

_____/

## O R D E R

This matter is before the Court on Doc. 563, Mr. Everett's latest motion for reconsideration. The motion presents arguments that have been raised and rejected previously. For the reasons stated in the order at Doc. 558, Mr. Everett's arguments are without merit.

Accordingly, it is now **ORDERED** as follows:

The motion to reconsider, Doc. 563, is denied.

**DONE AND ORDERED** this 16th day of November, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge