IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00020-MP-GRJ-4

JOHN CALVIN EVERETT,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 645). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 646. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees that Mr. Everett's § 2255 motion at Doc. 642 -- relying upon Amendment 742 of the Sentencing Guidelines -- does not fall within the narrow set of second § 2255 petitions that are not deemed successive. Additionally, even had Mr. Everett relied upon 18 U.S.C. § 3582(b), Amendment 742 has not been made retroactively applicable, and so that section does not help him. The Court has also reviewed the motion to amend, found at Doc. 647, and concludes that nothing in that document would change the Court's

decision.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 642, is SUMMARILY DISMISSED, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3. The motion to amend at Doc. 647 is denied as any amendment would be futile.

**DONE AND ORDERED** this _2nd_ day of November, 2016

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge