IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:96cr20-MW/GRJ-4

**JOHN CALVIN EVERETT,**

    **DefendantPetitioner.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 667, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 670. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to vacate pursuant to 28 U.S.C. §2255, ECF No. 666, is summarily **DISMISSED** as this Court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit, or, alternatively, Petitioner's motion should be **DENIED** as Petitioner is not entitled to resentencing. A

1

Certificate of Appealability is **DENIED**." The Clerk shall close the file.

 **SO ORDERED on January 2, 2018.**

        <u>**s/Mark E. Walker**</u>    
        **United States District Judge**