IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                                  Case No. 1:96cr20-MW/GRJ-4

**JOHN CALVIN EVERETT,**

       **DefendantPetitioner.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 667, and has also reviewed *de novo* Petitioner's **amended** objections, ECF No. 674. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's amended objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to vacate pursuant to 28 U.S.C. §2255, ECF No. 666, is summarily **DISMISSED** as this Court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit, or, alternatively, Petitioner's

1

motion should be **DENIED** as Petitioner is not entitled to resentencing. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 5, 2018.**

                                               <u>s/Mark E. Walker</u>            
                                               **United States District Judge**